Steven K. Huffer, Esq. (Ind. SBN 8459 49)
**S.K. HUFFER & ASSOCIATES, P.C.**
12220 N. Meridian Street, Suite 150
Carmel, Indiana 46032
(317) 564-4807 / (317) 564-4812 (Fax)
steveh@hufferlaw.com

Counsel *Pro Hac Vice* for Defendant
BANKERS LIFE AND CASUALTY COMPANY

Anthony T. Case, Esq. (SBN 149583)
**FARMER CASE HACK & FEDOR**
402 W. Broadway, Suite 1100
San Diego, California 92101
(619) 338-0300 / (619) 338-0180 (Fax)
tcase@farmercase.com

Counsel for Defendant
BANKERS LIFE AND CASUALTY COMPANY

IT IS SO ORDERED
AS MODIFIED

Judge Edward J. Davila

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ROSALIE TARAN,<br><br>Plaintiff,<br><br>v.<br><br>BANKERS LIFE AND CASUALTY COMPANY, a corporation,<br><br>Defendant. | CASE NO.: 5:11-cv-04379-EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL DISCLOSURES DATE AND CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Edward J. Davila (CrtRm 1)<br>Magistrate: Hon. Howard R. Lloyd (CrtRm 2)<br>Action Filed: August 26, 2011 |

Plaintiff ROSALIE TARAN and Defendant BANKERS LIFE AND CASUALITY

COMPANY, by and through their counsel of record, make the following stipulation in the above-

entitled action:

///

///

C:\Documents and Settings\lodie.bohnlaw\Local Settings\Temporary Internet Files\Content.Outlook\TGIMNNQ0\stip cont initial disc.doc

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL DISCLOSURES DATE
AND CASE MANAGEMENT CONFERENCE

1. On September 1, 2011, the Court issued a Scheduling Order, setting December 30, 2011 as the deadline for the parties to exchange Initial Disclosures and January 6, 2011 for the Cases Management Conference.

2. The December 30th disclosures date presents a logistical issue for Defendant's counsel due to the holidays. The disclosure date falls between two major holidays and therefore necessary parties have been and will be absent on vacation. Thus making it nearly impossible to obtain the documents and information necessary for the initial disclosures. To accommodate Defendant's counsel's difficulty in obtaining the information necessary for the initial disclosures, Plaintiff has agreed to stipulate to continue the Initial Disclosures deadline by one week to January 6, 2012.

3. Additionally the Case Management Conference is set to take place on January 6, 2011. This date presents an issue for Plaintiff's counsel due to scheduling conflict. To accommodate Plaintiff's counsel, Defendant has agreed to stipulate to continue the Case Management Conference by one week to January 13, 2012 or January 20, 2012, whichever the Court has available.

///
///
///
///
///
///
///
///
///
///
///
///

C:\Documents and Settings\jodie.bohnlaw\Local Settings\Temporary Internet Files\Content.Outlook\TGIMNNQ0\stip cont initial disc.doc

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL DISCLOSURES DATE AND CASE MANAGEMENT CONFERENCE

1    Because good cause exists for the short extension, it is hereby stipulated and agreed by and

2    between the parties that the Initial Disclosures deadline be continued to January 6, 2012 and the

3    Case Management Conference will be continued to January 13, 2012 or January 20, 2012,

4    whichever date is first available with the Court.

5                                                                    BOHN & BOHN
                                                                     By:
6

7

8    Dated:  December _19_, 2011
                                                                     ROBERT H. BOHN, ESQ.
9                                                                    Attorneys for Plaintiff
                                                                     ROSALIE TARAN

10

11                                                                   S.K. HUFFER & ASSOCIATES, P.C.
                                                                     By:
12

13

14   Dated:  December _20_, 2011
                                                                     STEVEN K. HUFFER, ESQ.
15                                                                   *Pro Hac Vice* Counsel for
                                                                     BANKERS LIFE AND CASUALTY
16                                                                   COMPANY

17                                                                   FARMER CASE HACK & FEDOR
                                                                     By:
18

19

20   Dated:  December _20_, 2011
                                                                     ANTHONY T. CASE, ESQ.
21                                                                   Attorneys for Defendant
                                                                     BANKERS LIFE AND CASUALTY CO.

     The Case Management Conference currently scheduled for 1/6/2012 is continued to
22   1/20/2012 at 10:00 a.m.

23   Pursuant to stipulation, **IT IS SO ORDERED**.

24

25   Dated: January 3, 2012
                                                                     EDWARD J. DAVILA
26                                                                   United States District Judge

27

28   C:\Documents and Settings\jodie.bohnlaw\Local Settings\Temporary Internet Files\Content.Outlook\TGIMNNQ0\stip.cont.initial.disc.doc

                                                     3
     STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL DISCLOSURES DATE
                     AND CASE MANAGEMENT CONFERENCE